# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143698 & (22)(23)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENYON CLINTON,
        Defendant-Appellant.

SC: 143698
COA: 300902
Macomb CC: 2002-002881-FC

_____/

On order of the Court, the application for leave to appeal the July 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for ex parte stay of proceedings and to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

               Clerk

y0123